Ebony A. Koger - 329830
EKoger@mpbf.com
Clare Pardini Gonzales - 346717
CPardini@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, 14th Floor
San Francisco, CA 94104-1001
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Defendant
NORTHWEST HOTEL CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

JANE DOE (CD-00027),

Plaintiff,

v.

HLT EXISTING FRANCHISE HOLDING LLC; GARDEN GROVE LODGING LLC; ESA P PORTFOLIO L.L.C; ESH STRATEGIES FRANCHISE LLC; MARRIOTT INTERNATIONAL FRANCHISING, LLC; NORTHWEST HOTEL CORPORATION; LEMON TREE ON LINCOLN LLC; OC HARBOR PROFESSIONAL CENTER, LLC; LEMON TREE HOTEL, INC. and DOES 1-10,

Defendants.

Case No.: 8:26-cv-01958 JVS-KS

**DEFENDANT NORTHWEST HOTEL CORP'S ANSWER TO COMPLAINT**

Defendant NORTHWEST HOTEL CORPORATION herein responds to the Complaint of Plaintiff JANE DOE (CD-00027), as follows:

**DEFENDANT’ ANSWERS TO INDIVIDUAL ALLEGATIONS**

INTRODUCTION

1. Defendant denies this allegation.

2. Defendant denies this allegation.

3. Defendant denies this allegation.

PARTIES

4. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

5. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

6. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

7. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

8. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

9. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

10. Defendant admits this allegation only to the extent to the entity but denies Courtyard by Marriott Anaheim Theme Park Entrance was open or existed prior to August 2015.

11. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

12. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

13. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

14. Defendant denies this allegation.

JURISDICTION AND VENUE

15. Defendant admits this Court has jurisdiction but deny the allegation it violated 18 U.S.C. § 1595 or 18 U.S.C. § 2255.

16. Defendant admits this Court has jurisdiction but deny the allegation it

violated 18 U.S.C. § 1595 or 18 U.S.C. § 2255.

17. Defendant admits this Court has jurisdiction but deny the allegation it violated 18 U.S.C. § 1595 or 18 U.S.C. § 2255.

SEX TRAFFICKING OVERVIEW

18. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

19. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

20. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

21. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

22. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

23. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion

24. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

25. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

26. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

27. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

28. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

29. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

30. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

31. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

32. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

33. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

34. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

35. Defendant can neither admit nor deny this allegation because it constitutes

legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

36. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion

37. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

38. Defendant denies this allegation.

39. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

## STATEMENT OF FACTS

40. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

41. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

42. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

43. Defendant denies this allegation.

44. Defendant denies this allegation.

45. Defendant denies this allegation.

46. Defendant denies this allegation.

47. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

48. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

49. Defendant lacks sufficient knowledge or information to admit or deny this

allegation.

50. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

51. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

52. Defendant denies this allegation.

53. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

54. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

55. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

56. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

57. Defendant denies this allegation.

58. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

59. Defendant denies this allegation.

60. Defendant denies this allegation.

61. Defendant denies this allegation.

62. Defendant denies this allegation.

63. Defendant denies this allegation.

64. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

65. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

66. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

67. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

68. Defendant denies this allegation.

69. Defendant denies this allegation.

70. Defendant denies this allegation.

71. Defendant denies this allegation.

72. Defendant denies this allegation.

73. Defendant denies this allegation.

74. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

75. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

76. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

77. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

78. Defendant denies this allegation.

79. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

80. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

81. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

82. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

83. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

84. Defendant lacks sufficient knowledge or information to admit or deny this

allegation.

85. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

86. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

87. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

88. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

89. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

90. Defendant denies this allegation.

91. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

92. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

93. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

94. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

95. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

96. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

97. Defendant denies this allegation.

98. Defendant denies this allegation.

99. Defendant denies this allegation.

100. Defendant denies this allegation.

101. Defendant denies this allegation.

102. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

103. Defendant denies this allegation.

104. Defendant denies this allegation.

105. Defendant denies this allegation.

106. Defendant denies this allegation.

107. Defendant can neither admit nor deny this allegation but generally denies all unsupported opinion and data better suited for expert opinion.

108. Defendant can neither admit nor deny this allegation but generally denies all unsupported opinion and data better suited for expert opinion.

109. Defendant can neither admit nor deny this allegation but generally denies all unsupported opinion and data better suited for expert opinion.

110. Defendant can neither admit nor deny this allegation but generally denies all unsupported opinion and data better suited for expert opinion.

111. Defendant can neither admit nor deny this allegation but generally denies all unsupported opinion and data better suited for expert opinion.

112. Defendant can neither admit nor deny this allegation but generally denies all unsupported opinion and data better suited for expert opinion.

113. Defendant denies this allegation.

114. Defendant denies this allegation.

115. Defendant denies this allegation.

116. Defendant denies this allegation.

117. Defendant denies this allegation.

118. Defendant denies this allegation.

119. Defendant denies this allegation.

120. Defendant denies this allegation.

121. Defendant denies this allegation.

122. Defendant denies this allegation.

123. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

124. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

125. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

126. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

127. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

128. Defendant denies this allegation.

129. Defendant denies this allegation.

130. Defendant denies this allegation.

131. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

132. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

133. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

134. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

135. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

136. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

137. Defendant lacks sufficient knowledge or information to admit or deny this

allegation.

138. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

139. Defendant denies this allegation.

140. Defendant denies this allegation.

141. Defendant denies this allegation.

142. Defendant denies this allegation.

143. Defendant denies this allegation.

144. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

145. Defendant denies this allegation.

146. Defendant denies this allegation.

147. Defendant denies this allegation.

148. Defendant denies this allegation.

149. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

150. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

151. Defendant denies this allegation.

152. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

153. Defendant denies this allegation.

154. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all

unsupported opinion and data better suited for expert opinion.

155. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

156. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

157. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

158. Defendant denies this allegation.

159. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

160. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

161. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

162. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

163. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

164. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

165. Defendant denies this allegation.

166. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

167. Defendant denies this allegation.

168. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

169. Defendant denies this allegation.

170. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

171. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

172. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

173. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

174. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion and admitted evidence.

175. Defendant denies this allegation and all subparagraphs listed within.

176. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion and admitted evidence.

177. Defendant denies this allegation.

178. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion and admitted evidence.

179. Defendant denies this allegation as it is overbroad.

180. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion and admitted evidence.

181. Defendant can neither admit nor deny this allegation because it constitutes legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion and admitted evidence.

182. Defendant denies this allegation.

183. Defendant can neither admit nor deny this allegation because it constitutes

legal argument and/or opinion, not a factual allegation, but generally denies all unsupported opinion and data better suited for expert opinion.

FIRST CAUSE OF ACTION:TVPRA

184. Defendant denies this allegation. To the extent Plaintiff cites to statutory law, Defendant can neither admit nor deny this allegation because it constitutes legal argument, not a factual allegation. Defendant denies the portions of the allegation which claim that violations of under 18 U.S.C. § 1595 occurred.

185. Defendant denies this allegation. To the extent Plaintiff cites to statutory law, Defendant can neither admit nor deny this allegation because it constitutes legal argument, not a factual allegation. Defendant denies the portions of the allegation which claim that violations of under 18 U.S.C. § 1595 occurred.

186. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

187. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

188. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

189. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

190. Defendant denies this allegation.

191. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

192. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

193. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

194. Defendant denies this allegation.

195. Defendant denies this allegation.

196. Defendant denies this allegation.

197. Defendant denies this allegation.

198. Defendant denies this allegation.

199. Defendant denies this allegation.

200. Defendant denies this allegation.

201. Defendant denies this allegation.

202. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

203. Defendant lacks sufficient knowledge or information to admit or deny this allegation.

204. Defendant denies this allegation.

205. Defendant denies this allegation.

SECOND CAUSE OF ACTION: CAVRA

206. Defendant denies this allegation. To the extent Plaintiff cites to statutory law, Defendant can neither admit nor deny this allegation because it constitutes legal argument, not a factual allegation. Defendant denies the portions of the allegation which claim that violations of under 18 U.S.C. § 2255 occurred.

207. Defendant denies this allegation. To the extent Plaintiff cites to statutory law, Defendant can neither admit nor deny this allegation because it constitutes legal argument, not a factual allegation. Defendant denies the portions of the allegation which claim that violations of under 18 U.S.C. § 2255 occurred.

208. Defendant denies this allegation.

## DEFENDANT'S AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

209. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant alleges that the Complaint, and each cause of action contained therein, fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

210. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant alleges that it never participated in a venture relating to Plaintiff's claims.

**THIRD AFFIRMATIVE DEFENSE**

211. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant alleges that other persons were negligent and/or committed intentional acts, and that this negligence or these intentional acts proximately contributed to the happening of the incidents referred to in the Complaint.

**FOURTH AFFIRMATIVE DEFENSE**

212. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant alleges that Plaintiff failed and neglected to use reasonable care to protect herself and minimize the losses and damages complained of.

**FIFTH AFFIRMATIVE DEFENSE**

213. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant alleges that Plaintiff herself was negligent and/or mistaken in and about the matters alleged in the Complaint, and to the extent said negligence caused and/or contributed to the damages, if any, Plaintiff's recovery should be barred or proportionately reduced.

**SIXTH AFFIRMATIVE DEFENSE**

214. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant alleges that Plaintiff did not rely upon any representations made by Defendant, and therefore, any damages complained of by Plaintiff were not occasioned by any representations made by Defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

215. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant did not knowingly receive a financial benefit from any venture related to Plaintiff's claims and is informed and believes it never received any financial

benefit related to Plaintiff's claims.

**EIGHTH AFFIRMATIVE DEFENSE**

216. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant had no knowledge of, nor should not have knowledge of, about the specific trafficking venture.

**NINTH AFFIRMATIVE DEFENSE**

217. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant allege that other people or entities' prior misconduct and/or intentional acts were superseding and/or intervening causes for Plaintiff's injuries and/or damages, if any there were, for which Defendant cannot be responsible.

**TENTH AFFIRMATIVE DEFENSE**

218. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant allege that all its actions were taken in good faith and with a reasonable belief that such actions were lawful.

**ELEVENTH AFFIRMATIVE DEFENSE**

219. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant alleges that statutory and common law immunities apply to the acts and/or omissions complained of.

**TWELFTH AFFIRMATIVE DEFENSE**

220. As a separate affirmative defense to the Complaint and every cause of action alleged therein, Defendant allege that none of their practices, particularly those pertinent to allegations in the Complaint, are or were unlawful in that Defendant have complied with any and all applicable statues, regulations and common law requirements.

Defendant presently has insufficient knowledge or information on which to form a belief as to whether Defendant may have additional, as yet unstated, defenses available. Defendant reserve herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

WHEREFORE, Defendant pray as follows:

1. That Plaintiff takes nothing from Defendant by this Complaint;

2. That Defendant be awarded their reasonable attorney's fees and costs of suit incurred pursuant to 28 U.S.C. § 1927;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems proper

Dated: September 16, 2026

MURPHY, PEARSON, BRADLEY & FEENEY

By ______________________________
Ebony A. Koger
Attorneys for Defendant
NORTHWEST HOTEL CORPORATION

EAK.5398098.docx